```
LULA MAE SMITH                      REPUBLIC FINANCE
402 S HATTIESBURG AVE               ATTN: BANKRUPTCY
HATTIESBURG, MS 39401               7031 COMMERCE CIRCLE
                                    BATON ROUGE, LA 70809


THOMAS C. ROLLINS, JR.              SEVENTH AVE
THE ROLLINS LAW FIRM, PLLC          ATTN: BANKRUPTCY
P.O. BOX 13767                      1112 7TH AVE
JACKSON, MS 39236                   MONROE, WI 53566


CREDIT ONE BANK                     SUNBIT FINANCIAL
6801 CIMARRON RD                    10940 WILSHIRE BLVD
LAS VEGAS, NV 89113                 LOS ANGELES, CA 90024


EXETER FINANCE LLC                  SUNBIT FINANCIAL
PO BOX 166008                       PO BOX 24010
IRVING, TX 75016                    LOS ANGELES, CA 90024


LENDMARK FINANCIAL SER              SYNCHRONY BANK
1713 POPLAR PLACE                   ATTN: BANKRUPTCY DEPT
DUNDALK, MD 21222                   P.O. BOX 965065
                                    ORLANDO, FL 32896


MIDNIGHT VELVET
ATTN: BANKRUPTCY
1112 7TH AVENUE
MONROE, WI 53566


MONTGOMERY WARD
3650 MILWAUKEE
MADISON, WI 53714-2399


REGIONS BANK
2050 PARKWAY OFFICE
HOOVER, AL 35244


REGIONS BANK
2050 PARKWAY OFFICE
BIRMINGHAM, AL 35244
```