# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51454     **Case Name:** Lula Mae Smith

**Set:** 12/16/2025 01:30 pm     **Chapter:** 13     **Type:** bk     **Judge:** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by Exeter Finance LLC (Dkt. #16) - AGREED ORDER ENTERED 12/4/25

Minute Entry Re: (related document(s): [9] Confirmation Hearing) An Agreed Order has been entered on the Objection filed by Exeter Finance LLC (Dkt. #16). Confirmation hearing removed. (mcc)