United States Bankruptcy Court
Southern District of Mississippi

In re:  
Lula Mae Smith  
    Debtor

Case No. 25-51454-KMS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2  
Date Rcvd: Dec 12, 2025      Form ID: n031      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lula Mae Smith, 402 S Hattiesburg Ave, Hattiesburg, MS 39401-7925 |
| 5569711 | ++ | EXETER FINANCE LLC, NANNETTE ALAMILLA, 2101 W JOHN CARPENTER FWY, IRVING TX 75063-3228 address filed with court:, Exeter Finance LLC, Po Box 166008, Irving, TX 75016 |
| 5569712 | + | Lendmark Financial Ser, 1713 Poplar Place, Dundalk, MD 21222-3221 |
| 5569720 | + | Sunbit Financial, Po Box 24010, Los Angeles, CA 90024-0010 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 12 2025 19:31:16 | Exeter Finance LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5597340 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2025 19:41:53 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5571977 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 12 2025 19:31:40 | Attn: Exeter Finance LLC Department, AIS Portfolio Services, LLC, Account: XXX9537, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5569710 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 12 2025 19:31:32 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5569711 | | Email/Text: exeter@ebn.phinsolutions.com | Dec 12 2025 19:34:00 | Exeter Finance LLC, Po Box 166008, Irving, TX 75016 |
| 5578595 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 12 2025 19:31:14 | Exeter Finance LLC c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 5589953 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 12 2025 19:34:00 | Jefferson Capital Systems, LLC, PO BOX 7999, ST. CLOUD, MN 56302-9617 |
| 5571680 | | Email/Text: bk@lendmarkfinancial.com | Dec 12 2025 19:34:00 | LENDMARK FINANCIAL SERVICES, LLC, 2118 USHER STREET, COVINGTON GA 30014 |
| 5586362 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2025 19:31:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5569713 | + | Email/Text: bankruptcy@sccompanies.com | Dec 12 2025 19:34:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5569714 | + | Email/Text: bankruptcy@sccompanies.com | Dec 12 2025 19:34:00 | Montgomery Ward, 3650 Milwaukee, Madison, WI 53714-2304 |
| 5569717 | | Email/Text: bankruptcy@republicfinance.com | Dec 12 2025 19:34:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Circle, Baton Rouge, LA 70809 |
| 5571965 | | Email/Text: bankruptcy@republicfinance.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 12, 2025 | Form ID: n031 | Total Noticed: 22 |

|  |  |  | Dec 12 2025 19:34:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
|---|---|---|---|---|
| 5572017 | + | Email/Text: newbk@Regions.com | Dec 12 2025 19:34:00 | Regions Bank, PO Box 10063, Birmingham AL 35202-0063 |
| 5569715 | + | Email/Text: newbk@Regions.com | Dec 12 2025 19:34:00 | Regions Bank, 2050 Parkway Office, Hoover, AL 35244-1805 |
| 5569716 | + | Email/Text: newbk@Regions.com | Dec 12 2025 19:34:00 | Regions Bank, 2050 Parkway Office, Birmingham, AL 35244-1805 |
| 5569718 | + | Email/Text: bankruptcy@sccompanies.com | Dec 12 2025 19:34:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5569719 | ^ | MEBN | Dec 12 2025 19:29:05 | Sunbit Financial, 10940 Wilshire Blvd, Los Angeles, CA 90024-3915 |
| 5569721 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 12 2025 19:31:31 | Synchrony Bank, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher D Meyer | on behalf of Creditor Exeter Finance LLC cmeyer@burr.com sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Lula Mae Smith trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51454−KMS
**Chapter:** 13

**In re:**

Lula Mae Smith
402 S Hattiesburg Ave
Hattiesburg, MS 39401

### Notice of Entry of Order Confirming Plan

The Court entered an Order on December 12, 2025 (Dkt. # 21 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: December 12, 2025                    Danny L. Miller, Clerk of Court